UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-1685-JCC-DWC <br><br> ORDER GRANTING JOINT MOTION TO EXTEND THE TIME TO FILE RESPONSE TO COMPLAINT OR AMENDED COMPLAINT |

THIS MATTER having come before the Court upon the Parties' Joint Motion Extending The Time To File Response To Complaint or Amended Complaint, it is hereby ORDERED that the Joint Motion (Dkt. 13) is GRANTED.

The time for Defendants, United States Army Corps of Engineers, et al., to file their responsive pleading to the Complaint in this lawsuit is extended by 60 days, until May 3, 2022,

ORDER GRANTING JOINT MOTION TO
EXTEND THE TIME TO FILE RESPONSE TO
COMPLAINT OR AMENDED COMPLAINT
Case No. 2:21-cv-1685-JCC

1

or until 45 days after Plaintiffs file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2), whichever is later.

Should Plaintiffs, Coalition to Protect Puget Sound Habitat, et al., intend to amend the Complaint in this action pursuant to Fed. R. Civ. P. 15(a)(2), they shall file their motion for leave to amend and proposed amended complaint by April 15, 2022.

IT IS SO ORDERED.

Dated this 3rd day of March, 2022.

David W. Christel
United States Magistrate Judge

Presented By:

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/   Amanda M. Stoner

AMANDA M. STONER
MD Bar No. 2012180040
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
T: (202) 598-0881
F: (202) 305-0275
Amanda.Stoner@usdoj.gov

DAVID KAPLAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611

ORDER GRANTING JOINT MOTION TO
EXTEND THE TIME TO FILE RESPONSE TO
COMPLAINT OR AMENDED COMPLAINT
Case No. 2:21-cv-1685-JCC

2

Washington, DC 20044
(202) 514-0997
David.Kaplan@usdoj.gov

MARK ARTHUR BROWN
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0204
mark.brown@usdoj.gov

Attorneys for U.S. Army Corps of Engineers et al.

/s/      Karl G. Anuta
Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320
kga@integra.net

Attorney for Plaintiff Coalition to Protect Puget Sound Habitat

/s/      George A. Kimbrell
George A. Kimbrell (WSB No. 36050)
Amy van Saun (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
(971) 271-7372
gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

Attorneys for Plaintiff Center for Food Safety

ORDER GRANTING JOINT MOTION TO EXTEND THE TIME TO FILE RESPONSE TO COMPLAINT OR AMENDED COMPLAINT
Case No. 2:21-cv-1685-JCC

3