UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>*Defendants.* | Case No. 2:21-cv-01685-JCC-DWC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

The Court has reviewed Plaintiffs' Motion for Leave to File First Amended Complaint. Upon consideration of the Motion and the lack of opposition thereto, it is hereby ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint is GRANTED. IT IS FURTHER ORDERED that Plaintiffs are GRANTED permission to file their First Amended Complaint.

Dated this 20th day of April, 2022.

David W. Christel
United States Magistrate Judge

Presented by

/s/ Karl G. Anuta

Karl G. Anuta (WSB No. 21346)
kga@integra.net

*Counsel for Plaintiff Coalition*

/s/ George A. Kimbrell

George A. Kimbrell (WSB No. 36050)
gkimbrell@centerforfoodsafety.org

*Counsel for Plaintiff CFS*

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT– 1
Case No. 2:21-cv-01685-JCC-DWC