1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*, | ) ) ) Case No. 2:21-cv-1685-JCC-DWC |
| Plaintiffs, | ) ) |
| v. | ) ORDER GRANTING JOINT MOTION ) TO EXTEND THE TIME TO FILE |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | ) RESPONSE TO FIRST AMENDED ) COMPLAINT OR SECOND ) AMENDED COMPLAINT |
| Defendants. | ) ) ) |

THIS MATTER having come before the Court upon the Parties' Joint Motion To Extend The Time To File Response To First Amended Complaint or Second Amended Complaint, it is hereby ORDERED that the Joint Motion is GRANTED.

The time for Defendants, United States Army Corps of Engineers, et al., to file their answer or other response to the First Amended Complaint in this lawsuit is extended by 28 days,

ORDER GRANTING JOINT MOTION TO
EXTEND THE TIME TO FILE RESPONSE TO
FIRST AMENDED COMPLAINT OR SECOND        1
AMENDED COMPLAINT
Case No. 2:21-cv-1685-JCC

1  until July 8, 2022, or until 45 days after Plaintiffs, Coalition to Protect Puget Sound Habitat, et
2  al., file a second amended complaint pursuant to Fed. R. Civ. P. 15(a)(2), whichever is later.

3  Should Plaintiffs intend to seek leave to file a Second Amended Complaint pursuant to
4  Fed. R. Civ. P. 15(a)(2), they shall do so by June 9, 2022.

5  IT IS SO ORDERED.

6  Dated this 31st day of May, 2022.

*[signature]*
David W. Christel
United States Magistrate Judge

Presented By:

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/   Amanda M. Stoner

AMANDA M. STONER
MD Bar No. 2012180040
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
T: (202) 598-0881
F: (202) 305-0275
Amanda.Stoner@usdoj.gov

DAVID KAPLAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044

(202) 514-0997
David.Kaplan@usdoj.gov

MARK ARTHUR BROWN
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0204
mark.brown@usdoj.gov

Attorneys for U.S. Army Corps of Engineers et al.

*/s/      Karl G. Anuta*
Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320
kga@integra.net

Attorney for Plaintiff Coalition to Protect Puget Sound Habitat

*/s/      George Kimbrell*
George A. Kimbrell (WSB No. 36050)
Amy van Saun (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
(971) 271-7372
gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

Attorneys for Plaintiff Center for Food Safety

ORDER GRANTING JOINT MOTION TO EXTEND THE TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT OR SECOND AMENDED COMPLAINT
Case No. 2:21-cv-1685-JCC

3