UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> *Defendants.* | Case No. 2:21-cv-01685-JCC-DWC <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

The Court has reviewed Plaintiffs' Motion for Leave to File Second Amended Complaint. Upon consideration of the Motion and the lack of opposition thereto, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint is GRANTED. IT IS FURTHER ORDERED that Plaintiffs are GRANTED permission to file their Second Amended Complaint.

Dated this 10th day of June, 2022.

David W. Christel
United States Magistrate Judge

Presented by

/s/ Karl G. Anuta

Karl G. Anuta (WSB No. 21346)
kga@integra.net

*Counsel for Plaintiff Coalition*

/s/ George A. Kimbrell

George A. Kimbrell (WSB No. 36050)
gkimbrell@centerforfoodsafety.org

*Counsel for Plaintiff CFS*