UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>*Defendants*. | Case No. 2:21-cv-01685-JCC-DWC<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE MOTION TO DISMISS BRIEFING SCHEDULE |

The Court has reviewed the Joint Motion to Extend the Motion to Dismiss Briefing Schedule. Upon consideration of the Motion and the lack of opposition thereto, it is hereby ORDERED that the Joint Motion is GRANTED. Plaintiffs shall file their response to the motion to dismiss by September 23, 2022, and Defendants shall file their reply by October 14, 2022. The Clerk is directed to re-note the Motion to Dismiss (Dkt. 27) to October 14, 2022.

Dated this 15th day of August 2022.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION – 1
Case No. 2:21-cv-01685-JCC-DWC

Presented by

/s/ Karl G. Anuta

Karl G. Anuta (WSB No. 21346)
kga@integra.net

*Counsel for Plaintiff Coalition*

/s/ George A. Kimbrell

George A. Kimbrell (WSB No. 36050)
gkimbrell@centerforfoodsafety.org

*Counsel for Plaintiff CFS*

ORDER GRANTING EXTENSION – 2
Case No. 2:21-cv-01685-JCC-DWC