UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | CASE NO. 2:21-CV-1685-JCC-DWC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |

Before the Court is Taylor Shellfish Company, Inc.'s Motion for Leave to File an Amicus Curiae Brief with respect to the U.S. Army Corps of Engineers' Motion to Dismiss. Dkt. 29. Plaintiff has filed a Response to the Motion stating they do not oppose the Motion. Dkt. 32. Defendants did not file a response. Therefore, the Motion (Dkt. 29) is granted. The Court will consider Taylor Shellfish Company Inc.'s amicus curiae brief with respect to the U.S. Army Corps of Engineers' Motion to Dismiss (Dkt. 27). Taylor Shellfish is directed to file its brief as a separate docket entry within seven days of the date of this Order.

Dated this 8th day of September, 2022.

David W. Christel
United States Magistrate Judge