1  The Honorable John C. Coughenour
2  The Honorable David W. Christel

3

4

5

6

7  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9  COALITION TO PROTECT PUGET SOUND )
   HABITAT, *et al.*,                )
10                                   )   Case No. 2:21-cv-1685-JCC-DWC
          Plaintiffs,                )
11                                   )
       v.                            )   ~~PROPOSED~~ ORDER
12                                   )
   UNITED STATES ARMY CORPS OF       )
13 ENGINEERS, *et al.*,              )
                                     )
14        Defendants.                )
                                     )
15 _____   )

16    Having reviewed the UNOPPOSED MOTION FOR VOLUNTARY REMAND filed by

17 Defendants United States Army Corps of Engineers, *et al.,* and for good cause shown, that

18 unopposed motion is GRANTED.

19    By this ORDER the Court HERBY:

20    (a) Remands to the Corps, without vacatur, the decision by the Corps'

21 Northwestern Division that imposed conditions on, without suspending or revoking, the use of

22 the 2021 NWP 48 in Washington State;

23    (b) Dismisses Claims 1-4 and 6 without prejudice; and

24

~~PROPOSED~~ ORDER        – 1            United States Department of Justice
Case No. 2:21-cv-01685-JCC-DWC           P.O. Box 7611, Washington D.C. 20044
                                         (202) 514-0997

(c) Gives the Plaintiffs leave within the 14-day period after the date of this Order to file a motion that seeks leave to file an amended complaint to add a claim or claims pertaining to Letters of Permission.

Entered this 5th day of October 2023.

*[signature: John C. Coughenour]*

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Presented By:

DAVID KAPLAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.Kaplan@usdoj.gov

AMANDA M. STONER
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 598-0881
Amanda.Stoner@usdoj.gov

MARK ARTHUR BROWN
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0204
mark.brown@usdoj.gov
Attorneys for U.S. Army Corps of Engineers et al.