UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>*Defendants.* | Case No. 2:21-cv-01685-JCC-DWC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

The Court has reviewed Plaintiffs' Motion for Leave to File Third Amended Complaint. Upon consideration of the Motion and the lack of opposition thereto, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Third Amended Complaint is GRANTED. IT IS FURTHER ORDERED that Plaintiffs are GRANTED permission to file their Third Amended Complaint. IT IS FURTHER ORDERED that Defendants' response to the Third Amended Complaint is due 60 (sixty) days from the date Plaintiffs file their Third Amended Complaint.

Dated this 23rd day of October 2023.

David W. Christel
Chief United States Magistrate Judge

Presented by

/s/ Karl G. Anuta

Karl G. Anuta (WSB No. 21346)
kga@integra.net

*Counsel for Plaintiff Coalition*

/s/ George A. Kimbrell

George A. Kimbrell (WSB No. 36050)
gkimbrell@centerforfoodsafety.org

*Counsel for Plaintiff CFS*