UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-1685-JCC-DWC <br><br> ORDER GRANTING EXTENSION |

Having reviewed the parties' STIPULATED MOTION TO EXTEND THE DATE FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT, and for good cause shown, that motion is GRANTED.

It is HEREBY ORDERED THAT the Corps' response to Plaintiffs' Third Amended Complaint is due January 19, 2024.

Dated this 12th day of December, 2023.

David W. Christel
Chief United States Magistrate Judge

ORDER – 1
Case No. 2:21-cv-01685-JCC-DWC

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 514-0997

Presented By:

DAVID KAPLAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.Kaplan@usdoj.gov
Attorney for Defendants

KARL G. ANUTA (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320
kga@integra.net
Attorney for Plaintiff Coalition to Protect Puget Sound Habitat

AMY VAN SAUN (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
(971) 271-7372
avansaun@centerforfoodsafety.org
Attorneys for Plaintiff Center for Food Safety