UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-1685-JCC-DWC <br><br> ORDER |

Having reviewed the parties' STIPULATED MOTION TO SET DATE FOR PLAINTIFFS TO FILE A MOTION SEEKING LEAVE TO FILE A FOURTH AMENDED COMPLAINT AND TO VACATE THE DATE FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT, and for good cause shown, that motion is GRANTED.

It is HEREBY ORDERED THAT Plaintiffs file their anticipated motion seeking leave to amend the Third Amended Complaint no later than January 31, 2024, and that the January 19,

ORDER – 1
Case No. 2:21-cv-01685-JCC-DWC

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 514-0997

2024 date for the Defendants and Defendant-Intervenors to file their responses to the Third Amended Complaint is vacated.

Entered this 17th day of January, 2024.

David W. Christel
Chief United States Magistrate Judge

Presented By:

DAVID KAPLAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.Kaplan@usdoj.gov
Attorney for Defendants

KARL G. ANUTA (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320
kga@integra.net
Attorney for Plaintiff Coalition to Protect Puget Sound Habitat

AMY VAN SAUN (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
(971) 271-7372
avansaun@centerforfoodsafety.org
Attorneys for Plaintiff Center for Food Safety

SAMUEL PLAUCHE, WSBA #25476
Plauché & Carr LLP
1218 3rd Ave. Suite 2000
Seattle, WA 98101
T: 206 588-41088
F: 206 588-4255
Attorneys for Defendant-Intervenors Hama Hama Company, et al.,