UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>　　*Plaintiffs,*<br><br>　　vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>　　*Defendants.* | Case No. 2:21-cv-01685-JCC-DWC<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND ALL PARTIES' JOINT MOTION TO SET DATES PERTAINING TO THAT COMPLAINT |

　　The Court has reviewed Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint and All Parties' Joint Motion to Set Dates Pertaining to that Complaint. Upon consideration of that unopposed Motion and Joint Motion, and for good cause shown, it is hereby ORDERED that those motions are GRANTED.

　　IT IS THUS ORDERED that Plaintiffs shall file their Fourth Amended Complaint within 10 days of the entry of this Order.

　　IT IS FURTHER ORDERED that Federal Defendants' and Intervenor-Defendants' responses to the Fourth Amended Complaint are due 60 (sixty) days from the date Plaintiffs file their Fourth Amended Complaint.

　　IT IS FURTHER ORDERED that Federal Defendants file the administrative records for judicial review for each of the nine Letters of Permission challenged in the Fourth Amended Complaint on or before June 5, 2024.

　　Dated this 1st day of February, 2024.

David W. Christel
Chief United States Magistrate Judge

Presented by

/s/ Karl G. Anuta

Karl G. Anuta (WSB No. 21346)
kga@integra.net

*Counsel for Plaintiff Coalition*


/s/ George A. Kimbrell

George A. Kimbrell (WSB No. 36050)
gkimbrell@centerforfoodsafety.org

*Counsel for Plaintiff CFS*


/s/ David Kaplan

DAVID KAPLAN
United States Department of Justice
david.kaplan@usdoj.gov

*Counsel for Federal Defendants U.S. Army Corps of Engineers, et al.*


PLAUCHÉ & CARR, LLP

By: *s/Samuel W. Plauché*
By: *s/ Jesse G. DeNike*
By: *s/Diani Taylor Eckerson*
Samuel W. Plauché, WSBA #25476
Jesse G. DeNike, WSBA #39526
Diani Taylor Eckerson, WSBA #52620
billy@plauchecarr.com
jesse@plauchecarr.com
diani@plauchecarr.com

Attorneys for *Hama Hama Company, Westcott Bay Shellfish Co., and Brady's Oysters Inc.*