HONORABLE JOHN C. COUGHENOUR
HONORABLE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-01685-JCC-DWC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW BY HAMA HAMA COMPANY, WESTCOTT BAY SHELLFISH, AND BRADY'S OYSTERS<br><br>NOTED ON MOTION CALENDAR: March 14, 2024 |

This matter comes before the Court upon Hama Hama Company's, Westcott Bay Shellfish Company, LLC's, and Brady's Oysters, Inc.'s Unopposed Motion to Withdraw. Having read and considered all briefs and materials presented to the Court, the Court finds that Hama Hama Company, Westcott Bay Shellfish Company, LLC, and Brady's Oysters, Inc. are entitled to withdraw from this action, and, therefore, **IT IS HEREBY ORDERED** that:

Hama Hama Company's, Westcott Bay Shellfish Company, LLC's, and Brady's Oysters, Inc.'s Unopposed Motion to Withdraw is **GRANTED**. Hama Hama Company,

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED
MOTION TO WITHDRAW - 1

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188

Westcott Bay Shellfish Company, LLC, and Brady's Oysters, Inc. are hereby withdrawn as Defendant-Intervenors in this action.

**IT IS SO ORDERED.**

DATED this 15th day of March 2024.

_____
UNITED STATES DISTRICT COURT

Presented by:

PLAUCHÉ & CARR LLP

By: *s/Samuel W. Plauché*
By: *s/Jesse G. DeNike*
By: *s/Diani Taylor Eckerson*
    Samuel W. Plauché, WSBA #25476
    Jesse G. DeNike, WSBA #39526
    Diani Taylor Eckerson, WSBA #52620
    Plauché & Carr LLP
    1218 3rd Avenue, Suite 2000
    Seattle, WA 98104
    Telephone: 206-588-4188 / Fax: 206-588-4255
    billy@plauchecarr.com
    jesse@plauchecarr.com
    diani@plauchecarr.com
*Attorneys for Hama Hama Company, Westcott Bay Shellfish Company, LLC, and Brady's Oysters, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all parties registered in the CM/ECF system for this matter.

DATED: March 14, 2024.

*s/Aimeé Muul*
Aimeé Muul, Legal Assistant

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW - 3

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188