The Honorable John C. Coughenour
The Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-1685-JCC-DWC<br><br>ORDER GRANTING EXTENSION |

Having reviewed Defendants' UNOPPOSED MOTION TO EXTEND, UNTIL APRIL 5, 2024, THE DATE FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' FOURTH AMENDED COMPLAINTEXT, and for good cause shown, that motion is GRANTED.

It is HEREBY ORDERED THAT the Defendants' answer to Plaintiffs' Fourth Amended Complaint is due by April 5, 2024.

Entered this 2nd day of April, 2024.

David W. Christel
United States Magistrate Judge

ORDER – 1
Case No. 2:21-cv-01685-JCC-DWC

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 514-0997

Presented By:

DAVID KAPLAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-0997
David.Kaplan@usdoj.gov
Attorney for Defendants

ORDER        – 2
Case No. 2:21-cv-01685-JCC-DWC

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 514-0997