UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>         Plaintiffs,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>         Defendants. | CASE NO. 2:21-cv-01685-JCC-DWC<br><br>ORDER GRANTING MOTION TO INTERVENE BY CHELSEA FARMS, INC., SEATTLE SHELLFISH LLC, AND HECKES CLAMS, INC. |

  This matter comes before the Court upon Chelsea Farms, Inc.'s, Seattle Shellfish LLC's, and Heckes Clams, Inc.'s Motion to Intervene. Having read and considered all briefs and declarations presented to the Court, the Court finds that Chelsea Farms, Inc., Seattle Shellfish LLC, and Heckes Clams, Inc. are entitled to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a)(2) and, therefore, **IT IS HEREBY ORDERED** that:

ORDER GRANTING MOTION TO INTERVENE BY CHELSEA FARMS, INC., SEATTLE SHELLFISH LLC, AND HECKES CLAMS, INC. - 1

CASE NO. 2:21-cv-01685-JCC-DWC

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Phone: 206.588.4188

Chelsea Farms, Inc.'s, Seattle Shellfish LLC's, and Heckes Clams, Inc.'s Motion to Intervene is **GRANTED**. Chelsea Farms, Inc., Seattle Shellfish LLC, and Heckes Clams, Inc. shall be made Defendant-Intervenors in this action.

The Court directs the Clerk to ensure the docket correctly reflects that Chelsea Farms, Inc., Seattle Shellfish LLC, and Heckes Clams, Inc. are intervening defendants in this matter.

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2024.

David W. Christel
United States Magistrate Judge

Presented by:

PLAUCHÉ & CARR LLP

By: s/Samuel W. Plauché
By: s/Jesse G. DeNike
By: s/Diani Taylor Eckerson
   Samuel W. Plauché, WSBA #25476
   Jesse G. DeNike, WSBA #39526
   Diani Taylor Eckerson, WSBA #52620
   1218 3rd Avenue, Suite 2000
   Seattle, WA 98104
   Telephone: 206-588-4188 / Fax: 206-588-4255
   billy@plauchecarr.com
   jesse@plauchecarr.com
   diani@plauchecarr.com
*Attorneys for Chelsea Farms, Inc., Seattle Shellfish LLC, and Heckes Clams, Inc.*

ORDER GRANTING MOTION TO INTERVENE BY CHELSEA FARMS, INC., SEATTLE SHELLFISH LLC, AND HECKES CLAMS, INC. - 2

CASE NO. 2:21-cv-01685-JCC-DWC

Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA  98101
Phone:  206.588.4188