UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | CASE NO. 2:21-CV-1685-JCC-DWC <br><br> ORDER DIRECTING PARTIES TO FILE A STATUS REPORT |

On June 5, 2024, Defendants filed the administrative records. *See* Dkt. 90. The parties are hereby directed to meet and confer and provide the Court with a status report on or before November 1, 2024.

Dated this 25th day of September, 2024.

David W. Christel
United States Magistrate Judge

ORDER DIRECTING PARTIES TO FILE A
STATUS REPORT - 1