UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>　　　　*Plaintiffs,*<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>　　　　*Defendants.* | Case No. 2:21-cv-01685-JCC-DWC<br><br>ORDER SETTING SCHEDULE FOR CASE MANAGEMENT OF THE ADMINISTRATIVE RECORD<br><br>DATE ON MOTION CALENDAR:<br><u>November 1, 2024</u> |

　　This matter comes before the Court on the parties "Joint Status Report and Proposed Schedule" filed in this matter. The request is GRANTED and the following case management deadlines will govern:

| Event | Date |
|---|---|
| Plaintiffs will identify and communicate to the Corps all disputes they have regarding the completeness of the administrative records or the use of extra-record documents. Plaintiffs will at that time provide the Corps and Intervenor-Defendants with copies of any documents or materials that Plaintiff have, and any categories of documents that the Corps should have, which Plaintiff seek to include in the administrative record or to admit as extra-record evidence. | December 16, 2024 |

| | |
|---|---|
| For all issues raised above by Plaintiffs that the Parties cannot resolve informally regarding the administrative records filed by the Corps, Plaintiffs will file a motion challenging the contents of those records and/or seeking to admit extra-record evidence. | February 6, 2025 (if Plaintiffs file any such motion) |
| Deadline for the Corps to file its response to any administrative record motion filed by Plaintiffs. | March 20, 2025 (if Plaintiffs filed any such motion) |
| Deadline for Intervenor-Defendants to file their non-redundant response (if any) to any administrative record motion filed by Plaintiffs. | March 27, 2025 (if Plaintiffs filed any such motion) |
| Deadline for Plaintiffs to reply. | April 10, 2025 (if Plaintiffs filed any such motion) |
| Deadline for the Parties to propose a schedule for cross motions for summary judgment. | 30 days following a final decision by the Court resolving any motion filed by Plaintiffs to complete the administrative records or admit extra-record documents, and the addition of any such documents the Court may require, or by February 20, 2025, if no such motion was filed |

Dated this November 4, 2024.

_____
The Honorable David. W. Christel
United States Magistrate Judge

ORDER SETTING – 2
FOR CASE MANAGEMENT OF
ADMINISTRATIVE RECORD
Case No. 2:21-cv-01685-JCC-DWC

Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St, Ste 207
Portland, OR 97211
(971) 271-7372

Respectfully submitted,

*/s/ Karl G. Anuta*
Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320
kga@lokga.net

*Attorney for Plaintiff Coalition to Protect Puget Sound Habitat*

*/s/ Amy van Saun*
Amy van Saun (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
(971) 271-7372
gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ David Kaplan*
DAVID KAPLAN
GUS MAXWELL
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-0997 (Kaplan)
david.kaplan@usdoj.gov
(303) 844-1347 (Maxwell)
gustavus.maxwell@usdoj.gov

*Attorneys for U.S. Army Corps of Engineers et al.*

ORDER SETTING – 3
FOR CASE MANAGEMENT OF
ADMINISTRATIVE RECORD
Case No. 2:21-cv-01685-JCC-DWC

Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St, Ste 207
Portland, OR 97211
(971) 271-7372

| | |
|---|---|
| 1 | |
| 2 | PLAUCHÉ & CARR, LLP |
| 3 | /s/ *Jesse G. DeNike* |
|   | Samuel W. Plauché, WSBA #25476 |
|   | Jesse G. DeNike, WSBA #39526 |
| 4 | Diani Taylor Eckerson, WSBA #52620 |
|   | Plauché & Carr LLP |
|   | 1218 3rd Avenue, Suite 2000 |
| 5 | Seattle, WA 98101 |
| 6 | Telephone: 206-588-4188 / Fax: 206-588-4255 |
|   | billy@plauchecarr.com |
| 7 | jesse@plauchecarr.com |
|   | diani@plauchecarr.com |

*Attorneys for Intervenor-Defendants*

ORDER SETTING – 4
FOR CASE MANAGEMENT OF
ADMINISTRATIVE RECORD
Case No. 2:21-cv-01685-JCC-DWC

Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St, Ste 207
Portland, OR 97211
(971) 271-7372