The Honorable John C. Coughenour
The Honorable David W. Christel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> *Defendants.* | Case No. 2:21-cv-01685-JCC-DWC <br><br> ORDER GRANTING JOINT MOTION TO EXTEND THE SCHEDULE REGARDING THE ADMINISTRATIVE RECORDS FOR JUDICIAL REVIEW <br><br> NOTE ON MOTION CALENDAR: 2/6/2025 |

The Court has reviewed the Joint Motion to Extend the Briefing Schedule Regarding the Administrative Records. Upon consideration of the Motion and lack of opposition thereto, it is hereby ORDERED that the Joint Motion is GRANTED and the following case management deadlines will govern:

| Event | Date |
|---|---|
| For all issues the Parties cannot resolve informally regarding the administrative records filed by the Corps, Plaintiffs will file a motion challenging the contents of those records and/or seeking to admit extra-record evidence. | **March 9, 2025** <br> (if Plaintiffs file any such motion) |
| Deadline for the Corps to file its response to any administrative record motion filed by Plaintiffs. | **April 21, 2025** <br> (if Plaintiffs filed any such motion) |

ORDER– 1
GRANTING EXTENSION
Case No. 2:21-cv-01685-JCC-DWC

Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St., Ste. 207
Portland, OR 97211
(971) 271-7372

| Deadline for Intervenor-Defendants to file their non-redundant response (if any) to any administrative record motion filed by Plaintiffs. | **April 28, 2025** (if Plaintiffs filed any such motion) |
|---|---|
| Deadline for Plaintiffs to reply. | **May 12, 2025** (if Plaintiffs filed any such motion) |
| Deadline for the Parties to propose schedule for cross motions for summary judgment. | 30 days following a final decision by the Court resolving any motion filed by Plaintiffs to complete the administrative records or admit extra-record documents, and the addition of any such documents the Court may require, or by **March 21, 2025** if no such motion was filed |

Dated this 7th day of February, 2025.

_____
David W. Christel
United States Magistrate Judge

Presented by

/s/ Karl G. Anuta
_____
Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320
kga@lokga.net

*Attorney for Plaintiff Coalition to Protect Puget Sound Habitat*

/s/ Amy van Saun
_____
Amy van Saun (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
(971) 271-7372
gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

ORDER– 2
GRANTING EXTENSION
Case No. 2:21-cv-01685-JCC-DWC

Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St., Ste. 207
Portland, OR 97211
(971) 271-7372

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ David Kaplan
DAVID KAPLAN
GUS MAXWELL
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-0997 (Kaplan)
david.kaplan@usdoj.gov
(303) 844-1347 (Maxwell)
gustavus.maxwell@usdoj.gov

*Attorneys for U.S. Army Corps of Engineers et al.*

PLAUCHÉ & CARR, LLP

/s/ Jesse G. DeNike
Samuel W. Plauché, WSBA #25476
Jesse G. DeNike, WSBA #39526
Diani Taylor Eckerson, WSBA #52620
Plauché & Carr LLP
1218 3rd Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-588-4188 / Fax: 206-588-4255
billy@plauchecarr.com
jesse@plauchecarr.com
diani@plauchecarr.com

*Attorneys for Defendant-Intervenors*

---

ORDER– 3
GRANTING EXTENSION
Case No. 2:21-cv-01685-JCC-DWC

Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St., Ste. 207
Portland, OR 97211
(971) 271-7372