The Honorable John C. Coughenour
The Honorable David. W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COALITION TO PROTECT PUGET SOUND HABITAT, et al.,

    Plaintiffs,

    v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

    Defendants.

Case No. 2:21-cv-1685-JCC-DWC

**ORDER ESTABLISHING BRIEFING SCHEDULE**

NOTE ON MOTIONS CALENDAR:
March 21, 2025

    At Docket 101, the parties filed a request for the Court to enter a Joint Proposed Briefing Schedule. Having found that there is good cause to grant that request, the Court enters the following briefing schedule:

| Date | Event Deadline |
|---|---|
| June 16, 2025 | Plaintiffs' motion for summary judgment (45-page limit) |
| August 14, 2025 | Defendants' combined cross-motion for summary judgment and response in opposition to Plaintiffs' motion for summary judgment (60-page limit) |

1

| | |
|---|---|
| September 11, 2025 | Intervenor-Defendants' cross-motion for summary judgment and response in opposition to Plaintiffs' motion for summary judgment (25-page limit) |
| October 27, 2025 | Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' and Defendant-Intervenors' motions for summary judgment (55-page limit) |
| December 8, 2025 | Defendants' reply in support of their summary judgment motion (40-page limit) |
| December 22, 2025 | Intervenor-Defendants' reply in support of their summary judgment motion (15-page limit) |

IT IS SO ORDERED this 24th day of March 2025, at Tacoma, Washington.

_David W. Christel_
United States Magistrate Judge

2