The Honorable John C. Coughenour
The Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COALITION TO PROTECT PUGET
SOUND HABITAT et al.,

        Plaintiffs,

        v.

UNITED STATES ARMY CORPS OF
ENGINEERS et al.,

        Defendants.

Case No. 2:21-cv-1685-JCC-DWC

**CONSENT MOTION TO EXTEND THE DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION**

NOTE ON MOTIONS CALENDAR:
June 30, 2026

Defendants, United States Army Corps of Engineers et al. ("Corps") respectfully request that the Court extend the Parties' deadline for objections to Judge David W. Christel's Report and Recommendation (Dkt. No. 138) on Plaintiffs' motion for summary judgment, Federal Defendants' cross-motion for summary judgment, and Intervenor-Defendants' cross-motion for summary judgment, by 30 days from July 7, 2026, to August 6, 2026. Plaintiffs and Intervenor-Defendants consent to this motion.

This extension request is supported by good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). Undersigned counsel for Federal Defendants have pre-planned trips in early July 2026 and are

Consent Motion to Extend Objections Deadline
Case No. 2:21-cv-1685-JCC-DWC           1

United States Department of Justice
PO Box 7611
Washington, DC 20044
(202) 305-5884 (Hinojos)

handling heavy caseloads, with other upcoming deadlines. Further, when the Court issued the Report and Recommendation, multiple Corps attorneys assigned to this matter were on leave, which obstructed the government's timely consideration of Judge Christel's findings and determinations. A 30-day extension of the objection deadline will provide Federal Defendants with enough time to weigh options and contemplate potential objections. Undersigned counsel conferred with Plaintiffs' and Intervenor-Defendants' counsel; both consented to the relief requested. Thus, good cause exists for a 30-day extension of the Parties' objections deadline.

Dated: June 30, 2026                    Respectfully requested,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/Cameron Hinojos*
Cameron Hinojos
Shari Howard
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
PO Box 7611
Washington, DC 20044
(202) 305-5884 (Hinojos)
Cameron.hinojos@usdoj.gov

*Counsel for Defendants*

Consent Motion to Extend Objections Deadline
Case No. 2:21-cv-1685-JCC-DWC                    2

United States Department of Justice
PO Box 7611
Washington, DC 20044
(202) 305-5884 (Hinojos)

**Certificate of Service**

I hereby certify that on June 30, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/Cameron Hinojos*
Cameron Hinojos