The Honorable John C. Coughenour
The Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COALITION TO PROTECT PUGET
SOUND HABITAT *et al.*,

                          Plaintiffs,

    v.

UNITED STATES ARMY CORPS OF
ENGINEERS *et al.*,

                          Defendants.

Case No. 2:21-cv-1685-JCC

**ORDER EXTENDING DEADLINE
TO OBJECT TO REPORT AND
RECOMMENDATION**

Before the Court is Federal Defendants' Consent Motion to Extend the Parties' Deadline to Object to Report and Recommendation, filed on June 30, 2025. Having found there is good cause to extend the deadline, the Court **GRANTS** the motion and extends the Parties' deadline to object to the Report and Recommendation from July 7, 2026, to August 6, 2026. The Clerk is directed to re-note the Report and Recommendation (Dkt. 138) to August 6, 2026.

**IT IS SO ORDERED** on this **1st day of July, 2026.**

David W. Christel
United States Magistrate Judge