The Honorable John C. Coughenour
The Honorable David. W. Christel

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>*Defendants.* | Case No. 2:21-cv-01685-JCC-DWC<br><br>**[~~PROPOSED~~] Order Extending Deadline to Respond to Respondents' Objections to the Report and Recommendations**<br><br>NOTE ON MOTION CALENDAR: August 20, 2026 |

Before the Court is Plaintiffs' Unopposed Motion (**Dkt 145**) to Extend Deadline to Respond to Respondents' Objections to the Report and Recommendations, filed on August 12, 2026. Having found there is good cause to extend the deadline, the Court **GRANTS** the motion and extends Plaintiffs' deadline to Respond from August 19, 2026 to September 18, 2026. The Clerk is directed to re-note the Report and Recommendation (Dkt. 138) to September 18, 2026.

**IT IS SO ORDERED** on this 14th day of August 2026.

John C. Coughenour
United States District Judge



Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St., Ste. 207
Portland, OR 97211
(971) 271-7372

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I filed the **foregoing Proposed Order Extending Deadline to Respond to Respondents' Objections to the Report and Recommendation** using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF System.

/s/ Karl G. Anuta

Karl G. Anuta (WSB No. 21346)
kga@lokga.net
*Counsel for Plaintiff Coalition*



Law Office of Karl G. Anuta, P.C.
735 SW 1st Ave., 2nd Floor
Portland, OR 97204
(503) 827-0320

Center for Food Safety
2009 NE Alberta St., Ste. 207
Portland, OR 97211
(971) 271-7372