THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COALITION TO PROTECT PUGET SOUND HABITAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants. | CASE NO. C21-1685-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. No. 138), along with Defendant and Intervenor-Defendants' objections (Dkt. Nos. 143, 144). Having considered the record, including the submissions above, the Court RETURNS the matter to Judge Christel for further consideration as described below.

The R&R recommends that the Court grant Plaintiffs' motion for summary judgment (Dkt. No. 107) and deny Defendant and Intervenor-Defendants' cross-motions (Dkt. Nos. 123, 125). In so doing, Judge Christel limited his analysis of the record to the first of three 33 CFR § 325.2(e)(1)(i) requirements for the nine Letters of Permission ("LOP") at issue, namely whether it supported a finding that the "proposed work would be minor." (*See* Dkt. No. 138 at 11–20.) The R&R did not address whether the record supported the other two required findings

(that the project(s) "would not have significant individual or cumulative impacts on environmental values, and should encounter no appreciable opposition.") 33 CFR § 325.2(e)(1)(i). Further, the R&R did not explicitly apply these requirements to each LOP at issue (on an individualized basis). (*See id.*) Defendant and Intervenor-Defendants lodged objections to the R&R on this and other bases. (*See generally* Dkt. Nos. 143, 144.)

To assist the Court in fully considering the underlying motions (Dkt. Nos. 107, 123, 125), the Court seeks an expanded R&R, applying the record to each of the three requirements for LOP issuance pursuant 33 CFR § 325.2(e)(1)(i), applied to the LOPs on an individualized basis. The Court RE-REFERS the matter to Judge Christel and STRIKES the instant R&R (Dkt. No. 138) and objections thereto (Dkt. Nos. 143, 144) in accordance with this direction.

So ORDERED this 13th day of October 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE